ACCEPTED
03-15-00596-CV
7674897
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/4/2015 10:20:22 AM
JEFFREY D. KYLE
CLERK



## MODESETT WILLIAMS PLLC
### BUSINESS • TRIAL • LAWYERS

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/4/2015 10:20:22 AM
JEFFREY D. KYLE
Clerk

CAPITAL CENTER
919 CONGRESS AVENUE        FACSIMILE: 512-481-0130
SUITE 1425                 WWW.MODWILL.COM
AUSTIN, TX 78701

November 4, 2015

***Via Electronic Mail***
edavenport@rcmhlaw.com

Ms. Emily Davenport
5608 Parkcrest Drive, Suite 200
Austin, Texas  78731

Re:   Case No. 03-15-00596-CV; *Gracy Woods I Nursing Home v. Martha Mahan, as Representative of the Estate of Mary Rivera,* in the Third Court of Appeals

Dear Emily:

This letter shall serve as notice that I will be on vacation from through November 9 through November 13, 2015.

Please do not schedule any hearings or other matters during that time frame.

I very much appreciate your cooperation in this regard and will gladly reciprocate.

Regards,

Jack Modesett

JHM/jd